Alice Eagleston, appellee, v. Illinois Power and Light Corporation, appellant. Gen. No. 9,073.

Opinion filed September 3, 1936.

E. Bentley Hamilton, for appellant. Weil & Weil, for appellee.

Mr. Justice Dove delivered the opinion of the court.